UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA EASTERN DIVISION
4:24-cr-00048-D-RN-1

UNITED STATES OF AMERICA )
                                 )          ORDER
                                 )
          v.                     )
                                 )
UMEL MOTIC JACKSON      )

Before the Court is the Defendant's motion to file Docket Entry 35 under seal

pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 35 shall

be filed under seal.

SO ORDERED.

This the _5_ day of _March_, 2025.

_4 Dever_
THE HONORABLE JAMES C. DEVER III
United States District Judge