UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA EASTERN DIVISION
4:24-cr-00048-D-RN-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UMEL MOTIC JACKSON | ) | |

Before the Court is the Defendant's motion to file Docket Entry 51 under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 51 shall be filed under seal.

SO ORDERED.

This the **30** day of **July**, 2025.

*(signature)*
The Hon. James C. Dever, III
United States District Judge