UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA EASTERN DIVISION
4:24-cr-00048-D-RN-1

UNITED STATES OF AMERICA )      ORDER
)
v. )
)
UMEL MOTIC JACKSON )

Before the Court is the Defendant's motion to file Docket Entry 75 under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 75 shall be filed under seal.

SO ORDERED.

This the _11_ day of March, 2026.

THE HON. JAMES C. DEVER III
United States District Judge