UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA EASTERN DIVISION
4:24-cr-00048-D-RN-1

UNITED STATES OF AMERICA  )
                          )
v.                        )          **ORDER**
                          )
UMEL MOTIC JACKSON        )

Before the Court is the Defendant's motion to file Docket Entry 82 under seal

pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 82 shall

be filed under seal.

SO ORDERED.

This the 23 day of June, 2026.

_____
The Hon. James C. Dever III
United States District Judge